**Regina A. BALL, Administratrix of the Estate of Michael Ball; Michael Ball, Plaintiffs–Appellants,**

v.

**William A. HALTER, Acting Commissioner of Social Security, Defendant–Appellee.**

No. 01–1085.

United States Court of Appeals, Fourth Circuit.

Submitted July 31, 2001.

Decided Aug. 9, 2001.

Jerome J. McFadden, Bayless & McFadden, L.L.P., Princeton, WV, for appellant. James A. Winn, Regional Chief, Region III, Lori R. Karimoto, Assistant Regional, Office of the General, Social Security Administration, Philadelphia, PA; Rebecca A. Betts, United States Attorney, Kelly R. Curry, Assistant United States Attorney, Charleston, WV, for appellee.

Before WILLIAMS, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

Regina A. Ball, Administratrix of the Estate of Michael Ball,[1] appeals the magistrate judge's order denying Ball's motion for judgment on the pleadings, granting the Commissioner's motion for judgment on the pleadings, and upholding the Commissioner's denial of disability insurance benefits.[2] We have reviewed the briefs and the administrative record in light of the claims raised on appeal, and find well-reasoned the magistrate judge's opinion that substantial evidence supports the Commissioner's decision denying benefits.

Accordingly, we affirm on the reasoning of the magistrate judge. (J.A. at 19–31). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*AFFIRMED.*

---

1. Michael Ball died during the pendency of his case.

2. The parties consented to jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (1994).